FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -4  AM 7:02

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLUMBUS CHRIS WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-603** |
| **STATE OF LOUISIANA'S A.G.'S OFFICE, MS. JULIE CULLEN, ESQ.** | **SECTION "B" (2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Columbus Chris Williams's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 be **DISMISSED WITHOUT PREJUDICE** as moot.

New Orleans, Louisiana, this 3rd day of Oct , 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____